UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-cr-00043-SEB-DML |
| ) | 1:13-cr-00086-SEB-MJD |
| SHAWN DEWAYNE CLARK, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Shawn Dewayne Clark's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) day in the custody of the Attorney General or his designee, with no supervised release to follow for cause number 1:13-cr-00043, and the same sentence for cause number 1:13-cr-00086. Both sentences shall be served concurrently. The Court recommends that the Defendant be designated to a facility close to Indianapolis, Indiana.

SO ORDERED.

06/30/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

\

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service